UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMANVEER SING BAINS,

        Petitioner,

v.

MERRICK B. GARLAND,

        Respondent.

CASE NO. 2:23-cv-00369-RJB-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. 11).

(2)    Respondent's Motion to Dismiss (Dkt. 8) is **GRANTED** and this case is dismissed **with prejudice**.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 5th day of June, 2023.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER OF DISMISSAL - 1